No. 17,727.

PHILIP S. KANOS *v.* CITY AND COUNTY OF DENVER.
(294 P. [2d] 269)

Decided February 27, 1956.

Mr. FRANCIS P. O'NEILL, for plaintiff in error.

Mr. JOHN C. BANKS, City Attorney, Mr. HERMAN J. ATENCIO, Assistant, Mr. WILLIAM CONLEY, Assistant, for defendant in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. JOHN B. BARNARD, JR., Assistant. Amici Curiae.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.